JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*

*[Complete list of parties on signature page.]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, PESTICIDE ACTION NETWORK NORTH AMERICA, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, BEYOND PESTICIDES, TEAMSTERS LOCAL 890, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and LUIS GARCIA LOPEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No.  CV08-3595-SBA <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -1-

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that, to the best of their knowledge,
2   the following listed persons, associations of persons, firms, partnerships, corporations (including
3   parent corporations), or other entities (i) may have a financial interest in the subject matter in
4   controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that
5   subject matter or in a party that could be substantially affected by the outcome of this
6   proceeding:
7       1)    Makhteshim Agan of North America, Inc.
8       2)    Drexel Chemical Company
9       3)    Helena Chemical Company
10      4)    Bayer HealthCare LLC
11      5)    Y-Tex Corporation
12      6)    KMG-Bermuth, Inc.
13      7)    United Phosphorus, Inc.
14  In addition, because this case involves review of EPA's alleged failure to properly regulate a
15  pesticide used in agriculture, this case may affect other persons, associations of persons, firms,
16  partnerships, corporations, or other entities engaged in agricultural activities.
17  Plaintiffs United Farm Workers, Pesticide Action Network North America, Pineros y
18  Campesinos Unidos del Noroeste, Beyond Pesticides, Teamsters Local 890, and Farm Labor
19  Organizing Committee, AFL-CIO have no parent companies, subsidiaries or affiliates that have
20  issued shares to the public in the United States or abroad.
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| 1 | Respectfully submitted this 28th day of July, 2008. |


Respectfully submitted this 28th day of July, 2008.

/s/ Gregory C. Loarie
GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs United Farm Workers, Pesticide Action Network North America, Pineros y Campesinos Unidos del Noroeste, Beyond Pesticides, Teamsters Local 890, and Farm Labor Organizing Committee, AFL-CIO*

JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs United Farm Workers, Pesticide Action Network North America, Pineros y Campesinos Unidos del Noroeste, Beyond Pesticides, Teamsters Local 890, and Farm Labor Organizing Committee, AFL-CIO*

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS    -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  MICHAEL MEUTER (CSB #161554)
   JONATHAN GETTLEMAN (CSB #243560)
2  California Rural Legal Assistance, Inc.
   3 Williams Road
3  Salinas, CA  93905
   (831) 757-5221
4  (831) 757-6212
   mmeuter@crla.org
5  jgettleman@crla.org

6
   *Attorneys for Plaintiff Luis Garcia Lopez*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*