AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS (see full caption attached), )
)
)
)
Plaintiff )
v. ) Civil Action No.
United States Environmental Protection Agency, )
)
)
Defendant )

**SBA**

**Summons in a Civil Action**

To: ~~Stephen Johnson, Administrator~~ United States Environmental Protection Agency

*(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joshua Osborne-Klein, Kristen L. Boyles, Earthjustice, 705 Second Ave., Suite 203, Seattle, WA  98104
Shelley Davis, Virginia Ruiz, Farmworker Justice, 1126 - 16th St., N.W., Suite 270, Washington, DC  20036
Gregory C. Loarie, Earthjustice, 426 - 17th St., 5th Floor, Oakland, CA  94612
Michael Meuter, Jonathan Gettleman, California Rural Legal Assistance, Inc., 3 Williams Road,
   Salinas, CA  93905

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____        MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

SUMMONS IN A CIVIL ACTION ATTACHMENT

Civil Action No. _____

| | |
|---|---|
| UNITED FARM WORKERS, PESTICIDE ACTION NETWORK NORTH AMERICA, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, BEYOND PESTICIDES, TEAMSTERS LOCAL 890, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and LUIS GARCIA LOPEZ, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) |
| Defendant. | ) ) |