| | |
|---|---|
| 1 | JOSHUA OSBORNE-KLEIN (WSB #36736)     THE HONORABLE SAUNDRA B. ARMSTRONG |

JOSHUA OSBORNE-KLEIN (WSB #36736)     THE HONORABLE SAUNDRA B. ARMSTRONG
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

MICHAEL MEUTER (CSB #161554)
JONATHAN GETTLEMAN (CSB #243560)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA  93905
(831) 757-5221
(831) 757-6212
mmeuter@crla.org
jgettleman@crla.org

*Attorneys for Plaintiff Luis Garcia Lopez*

NOTICE OF APPEARANCE (CV08-3595-SBA)   -1-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, PESTICIDE ACTION NETWORK NORTH AMERICA, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, BEYOND PESTICIDES, TEAMSTERS LOCAL 890, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and LUIS GARCIA LOPEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant. | Case No. CV08-3595-SBA<br><br>NOTICE OF APPEARANCE |

Please enter the appearance of Gregory C. Loarie as co-counsel of record for plaintiffs in the above-captioned case.

Respectfully submitted,

DATED: August 4, 2008         /s/
                              GREGORY C. LOARIE

                              *Counsel for Plaintiffs*

NOTICE OF APPEARANCE (CV08-3595-SBA)   -2-