1 | JOSHUA OSBORNE-KLEIN (WSB #36736)    THE HONORABLE SAUNDRA B. ARMSTRONG
KRISTEN L. BOYLES (CSB #158450)
2 | Earthjustice
705 Second Avenue, Suite 203
3 | Seattle, WA 98104
(206) 343-7340
4 | (206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
5 | kboyles@earthjustice.org
6 |
SHELLEY DAVIS (CSB #84539)
7 | VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
8 | 1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
9 | (202) 293-5420
(202) 293-5427 *[FAX]*
10 | sdavis@nclr.org
vruiz@nclr.org
11 |
12 | *Attorneys for Plaintiffs*
*(complete list of parties on signature page)*
13 |
14 | GREGORY C. LOARIE (CSB #215859)
Earthjustice
15 | 426 - 17th Street, 5th Floor
Oakland, CA 94612
16 | (510) 550-6725
(510) 550-6749 *[FAX]*
17 | gloarie@earthjustice.org
18 |
*Local Counsel for Plaintiffs*
19 |
20 | MICHAEL MEUTER (CSB #161554)
California Rural Legal Assistance, Inc.
21 | 3 Williams Road
Salinas, CA 93905
22 | (831) 757-5221
(831) 757-6212
23 | mmeuter@crla.org
24 | *Attorneys for Plaintiff Luis Garcia Lopez*
25 |
26 |
27 |
28 |

*California Rural Legal Assistance*
*3 Williams Road*
*Salinas, CA 93905*
*(831)757-5221*

(CV08-3595-SBA)   -1-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

1

2

3   UNITED FARM WORKERS, PESTICIDE                )
    ACTION NETWORK NORTH AMERICA,                 )   Case No.  CV08-3595-SBA
4   PINEROS Y CAMPESINOS UNIDOS DEL               )
    NOROESTE, BEYOND PESTICIDES,                  )
5   TEAMSTERS LOCAL 890, FARM LABOR               )
    ORGANIZING COMMITTEE, AFL-CIO, and            )
6   LUIS GARCIA LOPEZ,                            )
                                                  )
7                                                 )
                      Plaintiffs,                 )
8                                                 )
                                                  )
9        v.                                       )
                                                  )
10  UNITED STATES ENVIRONMENTAL                   )
    PROTECTION AGENCY,                            )
11                                                )
                                                  )
                      Defendant.                  )
12                                                )

13

14        Please enter the appearance of Michael Meuter as counsel of record for plaintiff Luis

15  Garcia Lopez in the above-captioned case.

16

17

18                                        Respectfully submitted,

19

20  Dated:  August 6, 2008

    MICHAEL MEUTER
21  *Counsel for Plaintiff Luis Garcia Lopez*

22

23

24

25

26

27

28
                                                  *California Rural Legal Assistance*
                                                  *3 Williams Road*
                                                  *Salinas, CA  93905*
    (CV08-3595-SBA)   -2-                         *(831)757-5221*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am over 18 years of age and not a party to this action. My business address is 3 Williams Road, Salinas, California 93905.

I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

No Appearances Have Been Filed

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non CM/ECF participants:

| | |
|---|---|
| Stephen Johnson<br>Administrator<br>Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Mail Code: 1101A<br>Washington, D.C.  20460 | ☐ via facsimile<br>☐ via overnight courier<br>**X via first-class U.S. mail**<br>☐ via hand delivery<br>☐ via e-mail<br>☐ via electronic service by Clerk |
| Courtney Taylor<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7369<br>Washington, D.C.  20044-7369<br>(202) 353-7548<br>(202) 305-0275 *[FAX]*<br>courtney.taylor@usdoj.gov<br>*Attorney for Federal Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>**X via e-mail**<br>☐ via electronic service by Clerk |
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street, N.W., Suite 8000<br>Washington, D.C.  20004 | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>**X via e-mail** |

*California Rural Legal Assistance*
*3 Williams Road*
*Salinas, CA  93905*
*(831)757-5221*

(CV08-3595-SBA)   -3-

☐ via electronic service by Clerk

I, Irma H. Ramirez, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August, 2008, at Salinas, California..

Irma H. Ramirez

(CV08-3595-SBA)   -4-

*California Rural Legal Assistance*
*3 Williams Road*
*Salinas, CA  93905*
*(831)757-5221*