Type name, address, phone number of applicant here

FILED

AUG 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED FARM WORKERS, et al.,

Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

Defendant(s).    /

**CASE NO.** CV08-3595-SBA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,    JOSHUA OSBORNE-KLEIN    , an active member in

good standing of the bar of    Washington State Supreme Court    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing    Plaintiffs    in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of

that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2008

Clerk's Use Only

Initial for fee pd.:

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington.  I am over 18 years of age and not a party to this action.  My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

No Appearances Have Been Filed

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Stephen Johnson
Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C.  20460

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☐ via electronic service by Clerk

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.  Executed on this 4th day of August, 2008, at Seattle, Washington.

Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. CV08-3595-SBA)   -1-

Earthjustice
705 Second Ave., Suite 203
Seattle, WA  98104
(206) 343-7340

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022102
Cashier ID: sprinka
Transaction Date: 08/06/2008
Payer Name: EarthJustice
------------------------------------
PRO HAC VICE
  For: EarthJustice
  Case/Party: D-CAN-4-08-AT-PROHAC-001
  Amount:        $210.00
------------------------------------
CHECK
  Check/Money Order Num: 051653
  Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

08-3595sba


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.

RECEIVED

AUG 5 2008

UNITED STATES DISTRICT COURT
Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, et al.,

               Plaintiff(s),

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

               Defendant(s).

                            /

**CASE NO.  CV08-3595-SBA**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

    JOSHUA OSBORNE-KLEIN         , an active member in good standing of the bar of

    Washington State Supreme Court        whose business address and telephone number

(particular court to which applicant is admitted)

is

Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA  98104
(206) 343-7340

                                           ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing   Plaintiffs.

       IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                   _____
                                    United States District      Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**