| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Joshua Osborne-Klein
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, et al.,

          Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

          Defendant(s).

CASE NO. CV08-3595-SBA

AMENDED

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JOSHUA OSBORNE-KLEIN, an active member in good standing of the bar of Washington State Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gregory C. Loarie, Earthjustice, 426 - 17th Street, 5th Floor, Oakland, CA 94612, (510) 550-6725.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2008

*/s/ JoK*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

No Appearances Have Been Filed

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non CM/ECF participants:

Stephen Johnson
Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C. 20460

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☐ via electronic service by Clerk

Courtney Taylor
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 353-7548
(202) 305-0275 *[FAX]*
courtney.taylor@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail
☐ via electronic service by Clerk

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, D.C. 20004
(202) 514-0375
(202) 514-8865 *[FAX]*
leslie.hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail
☐ via electronic service by Clerk

CERTIFICATE OF SERVICE
(Case No. CV08-3595-SBA)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of August, 2008, at Seattle, Washington.

*Catherine Hamborg*

CERTIFICATE OF SERVICE
(Case No. CV08-3595-SBA)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT

Northern District of California

UNITED FARM WORKERS, et al.,

                  Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

                  Defendant(s).
                                  /

CASE NO. CV08-3595-SBA

AMENDED (Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JOSHUA OSBORNE-KLEIN, an active member in good standing of the bar of Washington State Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104
(206) 343-7340

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                     United States District    Judge