Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA E-filing

| | |
|---|---|
| UNITED FARM WORKERS (see full caption attached), | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. CV 08 3595 SBA |
| United States Environmental Protection Agency, | ) ) ) ) |
| Defendant | ) |

**Summons in a Civil Action**

To:                     United States Environmental Protection Agency

*(Defendant's name)*

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joshua Osborne-Klein, Kristen L. Boyles, Earthjustice, 705 Second Ave., Suite 203, Seattle, WA  98104
Shelley Davis, Virginia Ruiz, Farmworker Justice, 1126 - 16th St., N.W., Suite 270, Washington, DC  20036
Gregory C. Loarie, Earthjustice, 426 - 17th St., 5th Floor, Oakland, CA  94612
Michael Meuter, Jonathan Gettleman, California Rural Legal Assistance, Inc., 3 Williams Road,
   Salinas, CA  93905

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  JUL 28 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

SUMMONS IN A CIVIL ACTION ATTACHMENT

Civil Action No. _____

| | |
|---|---|
| UNITED FARM WORKERS, PESTICIDE ACTION NETWORK NORTH AMERICA, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, BEYOND PESTICIDES, TEAMSTERS LOCAL 890, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and LUIS GARCIA LOPEZ, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) |
| Defendant. | ) ) |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/4/2008 |
| NAME OF SERVER *(PRINT)*<br>Catherine Hamborg | TITLE<br>Legal Secretary | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified mail, return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     8/8/2008       *[signature]*
               Date                 *Signature of Server*

                         705 Second Avenue, Suite 203, Seattle, WA 98104
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7008 1140 0002 7033 3049
Detailed Results:

- Delivered, August 04, 2008, 12:22 pm, WASHINGTON, DC 20460
- Arrival at Unit, August 04, 2008, 6:51 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                                8/4/08 |
| 1. Article Addressed to:<br><br>Stephen L. Johnson, Administrator<br>Environmental Protection Agency<br>Ariel Rios Building, **Mail Code 1101A**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |