1  Laurence A. Weiss (Bar No. 164638)
      Laurence.Weiss@hellerehrman.com
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, CA  94025-3506
   Telephone:    650.324.7000
4  Facsimile:    650.324.0638

5  David B. Weinberg (D.C. Bar # 186247)
   (Pending *pro hac vice*)
6     dweinberg@wileyrein.com
   Eric Andreas (D.C. Bar # 462777)
7     eandreas@wileyrein.com
   David E. Markert (D.C. Bar #502486)
8     dmarkert@wileyrein.com
   WILEY REIN LLP
9  1776 K Street NW
   Washington, DC  20006
10 Telephone:    202.719.7000
   Facsimile:    202.719.7049
11
   Attorneys for Intervenor-Defendant
12 Makhteshim Agan of North America, Inc.

13              **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                    **OAKLAND DIVISION**

15

16 | UNITED FARM WORKERS, et al., | ) | Case No. C 08-03595 SBA |
|---|---|---|
17 | | ) | |
| Plaintiffs, | ) | **RULE 7.1 DISCLOSURE STATEMENT** |
18 | | ) | **AND CIVIL LOCAL RULE 3-16** |
| | ) | **CERTIFICATION OF INTERESTED** |
| v. | ) | **ENTITIES OR PERSONS FOR** |
19 | | ) | **INTERVENOR-DEFENDANT** |
| | ) | **MAKHTESHIM AGAN OF NORTH** |
20 | UNITED STATES ENVIRONMENTAL | ) | **AMERICA, INC.** |
| PROTECTION AGENCY, | ) | |
21 | | ) | |
| Defendant. | ) | |
22 | | ) | |

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 08-03595 SBA

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Intervenor-Defendant Makhteshim Agan of North America, Inc. ("MANA"), through its undersigned counsel, certifies that MANA is a wholly-owned subsidiary of Makhteshim Agan Holding B.V., a Dutch company, and that there are no other publicly-held corporations owning 10% or more of MANA's common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, Intervenor-Defendant Makhteshim Agan of North America, Inc. ("MANA"), through its undersigned counsel, certifies that, in addition to the named Plaintiffs and Defendant hereto and MANA as Intervenor-Defendant, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| INTERESTED PARTIES | CONNECTION AND/OR INTEREST |
|---|---|
| Makhteshim Agan Holding B.V. | Parent of Intervenor-Defendant MANA |
| FarmSaver.com, LLC | Subsidiary of MANA |
| Control Solutions Inc. | Subsidiary of MANA |
| Alligare LLC | Subsidiary of MANA |
| Makhteshim Chemical Works, Ltd. | Holder of technical diazinon registration |
| Drexel Chemical Co. | Holder of technical diazinon registration |

1
2  DATED:     August 20, 2008                    HELLER EHRMAN LLP

3
                                                By: _____/s/_____
4  David B. Weinberg (D.C. Bar # 186247)             Laurence A. Weiss
   (Pending *pro hac vice*)                             Laurence.Weiss@hellerehrman.com
5     dweinberg@wileyrein.com                     HELLER EHRMAN LLP
   Eric Andreas (D.C. Bar # 462777)               275 Middlefield Road
6     eandreas@wileyrein.com                      Menlo Park, CA  94025-3506
   David E. Markert (D.C. Bar #502486)            Telephone:   650.324.7000
7     dmarkert@wileyrein.com                      Facsimile:   650.324.0638
   WILEY REIN LLP
8  1776 K Street NW
   Washington, DC  20006
9  Telephone:   202.719.7000
   Facsimile:   202.719.7049

10
                    Attorneys for Intervenor-Defendant
11                  Makhteshim Agan of North America, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 08-03595 SBA