David B. Weinberg
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED FARM WORKERS, et al., | |
| Plaintiff(s), | CASE NO. C 08-03595 SBA |
| v. | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant(s). | |

Pursuant to Civil L.R. 11-3, DAVID B. WEINBERG, an active member in good standing of the bar of the DISTRICT OF COLUMBIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing INTERVENOR MAKHTESHIM AGAN OF NORTH AMERICA, INC. in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Laurence A. Weiss
   HELLER EHRMAN LLP
   275 Middlefield Road
   Menlo Park, CA 94025-3506
   Tel: (650) 324-7000

PRO HAC VICE APPLICATION
C 08-03595 SBA - 1

WILEY REIN LLP
ATTORNEYS AT LAW
WASHINGTON

1    I declare under penalty of perjury that the foregoing is true and correct.
2
3
4   Dated:  August 18, 2008
                                                            _____
5                                                           David B. Weinberg
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRO HAC VICE APPLICATION
C 08-03595 SBA - 2

WILEY REIN LLP
ATTORNEYS AT LAW
WASHINGTON

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002524
Cashier ID: lenahac
Transaction Date: 08/20/2008
Payer Name: Heller Ehrman LLP
----------------------------------
PRO HAC VICE
 For: David B. Weinberg
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:              $210.00
----------------------------------
CHECK
 Check/Money Order Num: 360312
 Amt Tendered:        $210.00
----------------------------------
Total Due:            $210.00
Total Tendered:       $210.00
Change Amt:             $0.00

C-08-3595-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Clerk's Use Only
Initial for fee pd.:

RECEIVED

AUG 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, et al., )
                              )
                Plaintiff(s), )   CASE NO. C 08-03595 SBA
                              )
        v.                    )   (Proposed)
                              )   ORDER GRANTING APPLICATION
UNITED STATES ENVIRONMENTAL   )   FOR ADMISSION OF ATTORNEY
PROTECTION AGENCY,            )   *PRO HAC VICE*
                              )
                Defendant(s). )

DAVID B. WEINBERG, an active member in good standing of the bar of the DISTRICT OF COLUMBIA, whose business address and telephone number is:

> WILEY REIN LLP
> 1776 K Street, NW
> Washington, DC 20006
> Tel: 202-719-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing INTERVENOR MAKHTESHIM AGAN OF NORTH AMERICA, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                    _____
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge