```
 1  JOSEPH P. RUSSONIELLO
    United States Attorney
 2  Northern District of California
    CHARLES M. O' CONNOR (CA State Bar No. 56320)
 3  Assistant United States Attorney
    9th Floor, Federal Building
 4  450 Golden Gate Avenue, Box 36055
    San Francisco, CA  94102
 5  Telephone (415) 436-7180

 6  RONALD J. TENPAS
    Assistant Attorney General
 7  Environment & Natural Resources Division
    United States Department of Justice
 8  LESLIE M. HILL (D.C. Bar No. 476008)
    Leslie.Hill@usdoj.gov
 9  Environmental Defense Section
    601 D Street N.W., Suite 8000
10  Washington D.C.  20004
    Telephone (202) 514-0375
11  Facsimile (202) 514-8865

12  Attorneys for Defendants
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| United Farm Workers, *et al.*, | Case No.: 08-cv-03595-SBA |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT** |
| vs. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

   Please enter the appearance of Leslie M. Hill as counsel in the above captioned case for Defendant United States Environmental Protection Agency. Ms. Hill's addresses and contact information are as follows:

| **MAILING ADDRESS** | **OVERNIGHT ADDRESS (not to be used for regular mail)** |
|---|---|
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986 | Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D Street, N.W., Suite 8000<br>Washington, D.C. 20004 |

**TELEPHONE** (202) 514-0375
**FACSIMILE** (202) 514-8865
**E-MAIL** Leslie.Hill@usdoj.gov

Respectfully submitted,

Date: August 27, 2008

                          RONALD J. TENPAS
                          Assistant Attorney General
                          Environment and Natural Resources Division

                          _____/s/_____

                          LESLIE M. HILL (D.C. Bar No. 476008)
                          U.S. Department of Justice
                          Environment & Natural Resources Division
                          Environmental Defense Section
                          601 D Street N.W., Suite 8000
                          Washington D.C.  20004
                          Leslie.Hill@usdoj.gov
                          Telephone (202) 514-0375
                          Facsimile (202) 514 8865

                          Attorneys for Defendant

**OF COUNSEL:**

MARK DYNER
DAVID BEROL
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW.
Washington, DC 20460-0001

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, the foregoing **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT** was filed electronically. Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent to the following parties by operation of the Court's electronic filing system:

| | |
|---|---|
| Gregory C. Loarie<br>Earthjustice<br>426 Seventeenth Street<br>5th Floor<br>Oakland, CA 94612<br>(510) 550-6725<br>Fax: (510) 550-6749<br>Email: gloarie@earthjustice.org | Janette Brimmer<br>Earthjustice<br>705 Second Avenue<br>Suite 203<br>Seattle, WA 98104<br>(206) 343-7340 |
| Joshua Osborne-Klein<br>Earthjustice Legal Defense Fund<br>705 Second Avenue<br>Suite 203<br>Seattle, WA 98104-1711<br>(206) 343-7340 x28<br>Email: josborne-klein@earthjustice.org | Kristen Lee Boyles<br>Earthjustice Legal Defense Fund<br>705 Second Avenue<br>Suite 203<br>Seattle, WA 98104-1711<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| Shelley Davis<br>Farmworker Justice<br>1126 16th St, N.W.<br>Suite 270<br>Washington, D.C. 20036<br>(202) 293-5420<br>Fax: (202) 293-5427<br>Email: sdavis@farmworkerjustice.org | Virginia Elizabeth Ruiz<br>Farmworker Justice<br>1126 16th St, N.W.<br>Suite 270<br>Washington, D.C. 20036<br>(202) 293-5420<br>Email: vruiz@farmworkerjustice.org |
| Michael Meuter<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA 93905<br>(831) 757-5221<br>(831) 757-6212<br>Email: mmeuter@crla.org | Jonathan Gettleman<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA 93905<br>(831) 757-5221<br>(831) 757-6212<br>Email:jgettleman@crla.org |
| Laurence Andrew Weiss<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park , CA 94025<br>(650) 324-7000<br>Fax: (650) 324-0638<br>Email: lweiss@hewm.com | David B Weinberg<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington , D.C. 20006<br>(202) 719-7102<br>Fax: (202) 719-7049<br>Email: dweinberg@wileyrein.com |

                                                                                              /s/_____
                                                                                              Leslie M. Hill

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26