UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. C 08-03595 SBA |
| Plaintiff(s), | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | [Docket No. 17] |
| Defendant(s). | |

JANETTE BRIMMER, an active member in good standing of the bar of the MINNESOTA STATE SUPREME COURT, whose business address and telephone number is EARTHJUSTICE, 705 Second Avenue, Suite 203, Seattle, WA, (206) 343-7340, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing UNITED FARM WORKERS, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

8/29, 2008

Saundra Brown Armstrong
United States District Judge