**FILED**

SEP 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. C 08-03595 SBA |
| Plaintiff(s), | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | [Docket No. 16] |
| Defendant(s). | |

DAVID B. WEINBERG, an active member in good standing of the bar of the DISTRICT OF COLUMBIA, whose business address and telephone number is WILEY REIN LLP, 1776 K Street, NW, Washington, DC, 20006, (202) 719-7000, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing INTERVENOR MAKHTESHIM AGAN OF NORTH AMERICA, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

9-2, 2008

_____
Saundra Brown Armstrong
United States District Judge